**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

RACHEL DUDASKO,

        Plaintiff,

v.                                          Case No. 3:13-cv-743-J-34MCR

AVESTA HOMES LLC,

        Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 20; Report), entered on December 3, 2013, recommending that the Joint Motion For Approval Of Settlement Agreement And Dismissal With Prejudice (Dkt. No. 19; Motion) be granted, that the Court approve the parties' settlement agreement, and that the case be dismissed with prejudice. See Report at 4-5. Neither party has filed an objection to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions.  Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid compensation.  See Complaint (Dkt. No. 1).  Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  See Motion (Dkt. No. 19).  Upon review of the record, including the Report, Motion, and Settlement Agreement and Release of Wage Claims (see Dkt. No. 19-1), the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiffs' FLSA claims.  Accordingly, the Court will accept and adopt Judge Richardson's Report.

In light of the foregoing, it is hereby **ORDERED**:

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion For Approval Of Settlement Agreement And Dismissal With Prejudice (Dkt. No. 19) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and Release of Wage Claims (Dkt. No. 19-1) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of December, 2013.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc12
Copies to:

Hon. Monte C. Richardson

Counsel of Record